**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000896
16-FEB-2018
12:47 PM**

NO. CAAP-17-0000896

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,
Plaintiff-Appellee,
v.
EDWARD H. SCHLEMMER, JR.; SARAH L. SCHLEMMER;
RENEE L. GASPAR; RENEE L. GASPAR AS TRUSTEE OF THE
RENEE L. GASPAR REVOCABLE TRUST DATED APRIL 8, 2003,
Defendants-Appellants
and
ATLANTIC CREDIT AND FINANCE, INC.;
CAPITAL ONE BANK (USA), N.A.,
Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50;
DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50;
DOE ENTITLES 1-50; and DOE GOVERNMENTAL UNITS 1-50,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2754)

ORDER APPROVING THE FEBRUARY 7, 2018
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Leonard, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal With Prejudice, filed February 7, 2018, by Defendants-
Appellants Edward H. Schlemmer, Jr., Sara L. Schlemmer, and
Renee L. Gaspar, Individually and as Trustee, the papers in
support, and the record, it appears that: (1) the appeal was
docketed on January 30, 2018; (2) pursuant to Hawai'i Rules of
Appellate Procedure Rule 42(b), the parties stipulate to dismiss

the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i,  February 16, 2018.

Presiding Judge

Associate Judge

Associate Judge